IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Walsh,<br><br>           Plaintiff,<br><br>vs.<br><br>LG Chem America, et al.,<br><br>           Defendants. | No.  CV-18-01545-PHX-SPL<br><br>**ORDER** |

On September 13, 2019, this Court granted Defendant LG Chem Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 66).  In this case, the only claims that remain active are those against Defendant Oueis Gas.

Having considered LG Chem Ltd.'s request for entry of 54(b) judgment (Doc. 68), and the lack of any response thereto, the Court finds there is no just reason for delaying the entry of judgment for LG Chem Ltd.  Accordingly,

**IT IS ORDERED** that the Clerk of Court is directed to enter judgment in favor of Defendant LG Chem Ltd. in this matter pursuant to Federal Rule of Civil Procedure 54(b).

Dated this 17th day of October, 2019.

Honorable Steven P. Logan
United States District Judge