# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Walsh,<br><br>        Plaintiff,<br><br>v.<br><br>LG Chem America, et al.,<br><br>        Defendants. | **NO. CV-18-01545-PHX-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed October 17, 2019, judgment is entered in favor of defendant LG Chem Limited pursuant to Federal Rule of Civil Procedure 54(b).

                                              Brian D. Karth
                                              District Court Executive/Clerk of Court

October 17, 2019

                                              s/ S. Quinones
                                  By  Deputy Clerk