B. Lance Entrekin (No. 016172)
The Entrekin Law Firm
5343 North 16th Street, Ste. 200
Phoenix, Arizona 85016
Telephone: (602) 954-1123
Facsimile: (602) 682-6455
lance@entrekinlaw.com

Attorney for Plaintiff Christopher Walsh

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Walsh,<br><br>        Plaintiff,<br><br>vs.<br><br>LG Chem America et al.,<br><br>        Defendants. | No. 18-CV-01545-PHX-SPL<br><br>**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

    Plaintiff Christopher Walsh appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's (1) Order granting Defendant LG Chem, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction, entered September 13, 2019 (Doc. 66); (2) Order granting LG Chem, Ltd.'s request for entry of Rule 54(b) judgment, entered October 17, 2019 (Doc. 70); and (3) Judgment in a Civil Case entered October 17, 2019 (Doc. 71).

    The parties to the judgment appealed from and the names and address of their respective attorneys are as follows:

    **Plaintiff:**    **Christopher Walsh**

    Attorneys:    B. Lance Entrekin
                       The Entrekin Law Firm
                       5343 North 16th Street, Ste. 200
                       Phoenix, Arizona 85016
    Email:        lance@entrekinlaw.com

|   |   |   |
|---|---|---|
| | Attorneys: | David C. Kresin<br>ROBAINA & KRESIN PLLC<br>5343 North 16th Street, Ste. 200<br>Phoenix, Arizona 85016 |
| | Email: | dck@robainalaw.com |

**Defendant:**  LG Chem, Ltd.

|   |   |   |
|---|---|---|
| Attorneys: | Matthew D. Kleifield<br>Jack C. Pemberton<br>Lewis Brisbois Bisgaard & Smith LLP<br>Phoenix Plaza Tower II<br>2929 N. Central Avenue, Ste. 1700<br>Phoenix, Arizona 85012-2761 |
| Email: | Matthew.Kleifield@lewisbrisbois.com<br>Jack.Pemberton@lewisbrisbois.com |

DATED this 13th day of November 2019.

                                  THE ENTREKIN LAW FIRM


                                  By   /s/ B. Lance Entrekin
                                        B. Lance Entrekin
                                        Attorneys for Plaintiff

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF Registrants:

>Matthew D. Kleifield
>Jack C. Pemberton
>Lewis Brisbois Bisgaard & Smith LLP
>Phoenix Plaza Tower II
>2929 N. Central Avenue, Ste. 1700
>Phoenix, Arizona 85012-2761
>
>Attorneys for Defendants LG Chem, Ltd. and LG Chem America
>
>Mark G. Worischeck
>Dillon J. Steadman
>Sanders & Parks PC
>3030 N. Third Street, Ste. 1300
>Phoenix, Arizona 85012-3099
>
>Attorneys for Oueis Gas

By /s/B. Lance Entrekin